United States District Court
Southern District of Texas
**ENTERED**
November 03, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| SANDY VERONICA GARZA, § § | |
| Plaintiff § § | |
| V. § § | 3:22-cv-418 |
| MIKE ARMSTRONG, *et al.*, § § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On December 19, 2022, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 8. Judge Edison filed a memorandum and recommendation on October 17, 2023, recommending that Defendants' Partial Motion to Dismiss be denied. Dkt. 52.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 52) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants' Partial Motion to Dismiss (Dkt. 21) is denied.

SIGNED on Galveston Island this 3rd day of November 2023.

2

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE