UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SANDY VERONICA GARZA, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:22-cv-418 |
| MIKE ARMSTRONG, *et al.*, | | |
| Defendants. | | |

## **STIPULATED DISMISSAL**

On February 16, 2026, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 63.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 17th day of February, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE